IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| KIM Y. SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:06-CV-1213-N |
| | § | |
| XEROX CORPORATION, | § | |
| | § | |
| Defendant. | § | |

### VERDICT OF THE JURY

We, the jury, have answered the above and foregoing questions as indicated, and herewith return the same into Court as our verdict.

SIGNED this  31  day of January, 2008.

**REDACTED**

_____
PRESIDING JUROR

COURT'S CHARGE – PAGE 20