IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| KIM Y. SMITH, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 3:06-CV-1213-N |
| | § |
| XEROX CORPORATION, | § |
| | § |
| Defendant. | § |

## SUPPLEMENTAL VERDICT OF THE JURY

We, the jury, have answered the above and foregoing questions as indicated, and herewith return the same into Court as our verdict.

SIGNED this _____ day of January, 2008.

**REDACTED**

PRESIDING JUROR

COURT'S CHARGE – PAGE 3